UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT DOAN,

    Plaintiff,                                    Case No. 07-13957

v.                                            Honorable John Corbett O'Meara

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

**ORDER AFFIRMING**
**MAGISTRATE JUDGE KOMIVES' MAY 14, 2009 ORDER**

    This matter came before the court on plaintiff Scott Doan's June 1, 2009 objections to Magistrate Judge Paul J. Komives' May 14, 2009 Opinion and Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Production of Documents. Defendant Allstate Insurance Company filed a response to the objections June 22, 2009. No oral argument was heard.

    Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1(d) (E.D. Mich. Sept. 8, 1998), the court has reviewed Magistrate Judge Komives' May 14, 2009 order, Plaintiff's objections thereto, and Defendant's response to the objections and finds that the orders are not clearly erroneous or contrary to law.

## **ORDER**

It is hereby **ORDERED** that Magistrate Judge Komives' May 14, 2009 order is **AFFIRMED.**

Date: September 30, 2009  s/John Corbett O'Meara
United States District Judge

I hereby certify that a copy of this order was served upon the parties of record on this date, September 30, 2009, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager